```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JUSTIN BULLOCK, *on behalf of himself and* :
*all others similarly situated*, :
:
       Plaintiffs, :  22-cv-10033 (LJL)
:
  -v- :  <u>ORDER</u>
:
ROGERS GARDEN NEWPORRT BEACH, :
:
       Defendant. :
                     X
------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

  The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

  SO ORDERED.

Dated: March 16, 2023
   New York, New York
                       _____
                          LEWIS J. LIMAN
                        United States District Judge